UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

ABHISHEK BATWARA, Individually and on   :
Behalf of All Others Similarly Situated,     :

                                    :
                       Plaintiff,   :

                                      :
  vs.                                  :

INFOSYS LIMITED, SALIL PAREKH and   :
M. D. RANGANATH,                   :

                                      :
                    Defendants.   :

                                      :

———————————————————————— x

Civil Action No. 1:19-cv-05959-ERK-ST

<u>CLASS ACTION</u>

## STIPULATION OF DISMISSAL

WHEREAS, on October 23, 2019, Plaintiff Abhishek Batwara filed a putative class action complaint against Defendants Infosys Limited, Salil Parekh and M.D. Ranganath;

WHEREAS, on January 10, 2020, the Court appointed Pavers & Road Builders District Council Pension Fund as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii);

WHEREAS, an Amended Complaint is to be served and filed by May 27, 2020;

WHEREAS Lead Plaintiff wishes to voluntary dismiss this action; and

WHEREAS, Defendants stipulate to this dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, that:

1.      Pursuant to Fed. R. Civ. P. 41(a)(A), the action is dismissed without prejudice.

2.      Lead Plaintiff and Defendants will bear their own costs and attorneys' fees. Each party also agrees to waive any potential claims against all other parties or their counsel for malicious prosecution, abuse of process, violation of Federal Rule of Civil Procedure 11, or any

other claim (including unknown claims), arising out of or in any way related to, or in connection with the institution, prosecution, assertion or resolution of this action.

IT IS SO STIPULATED.

DATED: May 21, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

_____
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

*Lead Counsel for Lead Plaintiff and the Class*

DATED: May 21, 2020

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
CAZ HASHEMI (Admitted *Pro Hac Vice*)

_____
CAZ HASHEMI

650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
650/565-5100 (fax)
chashemi@wsgr.com

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
GIDEON A. SCHOR
SHERYL SHAPIRO BASSIN
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: 212/497-7725
212/999-5899 (fax)
gschor@wsgr.com
sbassin@wsgr.com

*Counsel for Defendants Infosys Limited,
Salil Parekh and M. D. Ranganath*